**Manufacturing Technology Solutions LLC**
3593 N. County Road 500 E.
Danville, IN. 46122

Diversified Machine Inc.

This letter serves as an agreement that Manufacturing Technology Solutions LLC, hereby known as MTS LLC an Indiana Company, represents Diversified Machine, Inc. exclusively for its products and services at Cummins Engine. Diversified Machine, Inc. agrees to pay MTS LLC a commission of 2.5% of the value added sell price for providing representation. Payment of commission will be made as payment is received by Diversified Machine, Inc. on a monthly basis. Any change to the commission percentage to be paid will be mutually agreed to in writing by Diversified Machine, Inc. and MTS LLC, prior to acceptance of an order (reference change in commission for Cummins "B" cylinder head).

This agreement to replaces all existing prior agreements and will remain in effect until as intended by both parties replaced by a Representative Contract or terminated by either Diversified Machine, Inc. or MTS LLC. Written notice will serve as Notification of Termination, which shall become effective sixty (60) days after mailing of written notice. Should this contract be terminated, MTS LLC. shall be entitled to commission from Diversified Machine, Inc. on any contract for which written request for quotation has been received or any orders existing at the time the contract is terminated.

Please indicate your agreement with this contract by signing the appropriate space below.

Diversified Machine, Inc.
By: Bruce Swift
C.E.O.

MTS LLC
By: Kevin T. Bradburn
Manager

12-01-06

MTS LLC
By: Todd Murray
Manager

12-1-06

MTS LLC
By: Dave Sturgeon
Manager

12/01/06