UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO. 09-12499

MANUFACTURING TECHNOLOGY SOLUTIONS, LLC,
    Plaintiff(s),

-v-

DIVERSIFIED MACHINE, INC.,
    Defendant(s).
_____/

### ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said court, held in the United States Courthouse, in the City of Detroit, State of Michigan, on July 1, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

This Court having issued an Order to Show Cause for lack of subject matter jurisdiction and the Plaintiff having filed a response to same, therefore;

IT IS ORDERED that the Court's Order to Show Cause for lack of subject matter jurisdiction be and the same is hereby SET ASIDE.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: July 1, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 1, 2009, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager