UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MANUFACTURING TECHNOLOGY
SOLUTIONS, LLC, an Indiana limited
liability company,

        Plaintiff/Counter-Defendant,         Case No.: 09-12499
v.         Hon. Patrick J. Duggan

DIVERSIFIED MACHINE, INC.,
a Delaware corporation,

        Defendant/Counter-Plaintiff.
_____/

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court on the stipulation of the parties; and the Court being fully advised in this matter:

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs or attorney fees to either party.

The Court shall retain jurisdiction to enforce the settlement agreement between the parties if necessary.

This is a final order that disposes of the last pending claim and closes this case.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: June 3, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Stipulated as to form and entry:

| NEUMAN ANDERSON, P.C. | HONIGMAN MILLER SCHWARTZ AND COHN, LLP |
|---|---|
| By: /s/ Leif K. Anderson/with permission<br>Leif K. Anderson (P53305)<br>landerson@neumananderson.com<br>Counsel for Plaintiff<br>29100 Northwestern Hwy., Suite 260<br>Southfield, MI 48034<br>(248) 352-5522 | By: /s/ Russell S. Linden<br>Russell S. Linden (P34863)<br>rzl@honigman.com<br>Counsel for Defendant<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>(313) 465-7466 |

DETROIT.4214505